UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA

    -against-

TERRELL POLK,

               Defendant.

------------------------------------ x

ORDER

S1 17 Cr. 649-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government's motion *in limine*, (ECF No. 74), is resolved to the extent discussed on the record.

    The Clerk of Court is directed to terminate the motion accordingly.

Dated: New York, New York
       September 14, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge