# THE LAW OFFICES OF SEAN M. MAHER, PLLC

December 5, 2019

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Terrell Polk*, 17 Cr. 649 (GBD)

Dear Judge Daniels:

SO ORDERED
The December 19, 2019 sentencing is adjourned to February 27, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

    On behalf of Mr. Polk, I respectfully write to request that the sentencing hearing scheduled for December 19, 2019 be adjourned *sine die* and, jointly with the government, to propose a briefing schedule in connection to the Rule 33 motion now pending before the Court.

    Earlier today I filed a Rule 33 motion for new trial on Mr. Polk's behalf, Doc. Nos. 158 & 159, and I believe that it would be appropriate to adjourn Mr. Polk's sentencing *sine die* until the issues raised in the Rule 33 motion are resolved. I have notified the government of the proposed adjournment of Mr. Polk's sentencing and have been informed by AUSA Nicholas Folly that the government consents to my adjournment request.

    After speaking with Mr. Folly, I am making a joint request to the Court concerning a briefing schedule for the Rule 33 motion. After discussing our respective schedules and the upcoming holidays, the government and I jointly request that the Court grant the government until January 9, 2020 to file its response to the Rule 33 motion and grant Mr. Polk until January 23, 2020 to file any reply. On behalf of Mr. Polk, I consent to the exclusion of time during the pendency of the Rule 33 motion before the Court.

    The Court's consideration is greatly appreciated.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Mr. Terrell Polk*

cc: Opposing counsel (via ECF)